UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) Case No. 10-16956-SBB |
| Terry Christina Garza | ) Chapter 7 |
| SSN: XXX-XX-7275 | ) |
| Debtor(s). | ) |

**NOTICE OF CHANGE OF ADDRESS/ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE of the change address on the following in the above referenced case:

☒ Debtor(s)　　　　　　　　　　　　　☐ Attorney for Debtor(s)
☐ Creditor(s)　　　　　　　　　　　　☐ Attorney for Creditor(s)
☐ Entry of Appearance by Attorney

**Terry Christina Garza**
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

**18516 San Gabriel Ave**
(New Street, Rural Route, or Post Office Box)

**Cerritos, CA 90703-8034**
(New City, State and Zip Code)

(New Telephone Number)

Dated: June 10, 2015.　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　RBP, LLC

　　　　　　　　　　　　　　　　　　/s/ Randall B. Pearce
　　　　　　　　　　　　　　　　　　Randall B. Pearce, #8424
　　　　　　　　　　　　　　　　　　2532 Patterson Road Unit #14
　　　　　　　　　　　　　　　　　　Grand Junction, CO  81502
　　　　　　　　　　　　　　　　　　(970) 639-9675  rpearce@gmail.com

**CERTIFICATE OF MAILING**

　　　I certify that a true and correct copy of the foregoing Notice of Change of Address was placed in the US Mail First Class, postage pre-paid, on 10th day of June, 2015, addressed to the following:

Terry Christina Garza
18516 San Gabriel Ave
Cerritos, CA 90703-8034

Douglas E. Larson
Chapter 7 Trustee
323 White Ave Ste 424
Grand Junction, CO 81501

US Trustee
999 18th Street, Suite 1551
Denver, CO 80202

　　　　　　　　　　　　　　　　　　/s/ Randall B. Pearce